**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| MERALOC, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS CO., LTD. ET AL<br><br>Defendants | **Civil Action No. 2:16-cv-092-RWS-RSP** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND WAIVER OF FOREIGN SERVICE REQUIREMENT**

On this day came for consideration defendants Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc.'s Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint and Waiver of Foreign Service Requirement (jointly filed with Meraloc, LLC). After considering the same, the Court is of the opinion that the Motion should be GRANTED.

The deadline for defendants Samsung Electronics Company, Ltd., and Samsung Electronics America, Inc. to answer or otherwise respond to plaintiff's Complaint is hereby extended up to and including May 25, 2016.

**SIGNED this 6th day of April, 2016.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE