IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MERALOC, LLC, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 2:16-cv-00092 |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC. | § | |
| | § | |
| Defendant. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**PLEASE TAKE NOTICE that,** pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff Meraloc LLC hereby moves for an order dismissing all claims by Plaintiff against Defendant Samsung Electronics Co., LTD, Samsung Electronics America, Inc., in this action WITH PREJUDICE, with each party to bear its own costs, expenses and attorney's fees.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 29, 2016 | By: */s/Melissa R. Smith*<br>Melissa R. Smith<br>State Bar No. 24001351<br>GILLAM & SMITH LLP<br>303 South Washington Ave.<br>Marshall, Texas 75670<br>Telephone: (903) 934-8450<br>Facsimile: (903) 934-9257<br>Email: Melissa@gillamsmithlaw.com<br><br>**ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG ELECTRONICS AMERICA, INC.**<br><br>*/s/ Jean G. Vidal Font (w/permission)*<br>Eugenio J. Torres-Oyola<br>USDC No. 215505<br>Jean G. Vidal Font<br>USDC No. 227811<br>**Ferraiuoli LLC**<br>221 Plaza, 5th Floor<br>221 Ponce de Leon AVEN UE<br>San Juan, PR 00917<br>Telephone: (787) 766-7000<br>Facsimile: (787) 766-7001<br><br>**ATTORNEYS FOR PLAINTIFF MERALOC, LLC** |

2

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 29, 2016, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).  Any other counsel of record will be served by a facsimile transmission and/or first class mail.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel has complied with the meet and confer requirement in Local Rule CV-7(h), and that this motion expresses the parties positions.

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola