IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| MERALOC, LLC, | § | |
| | § | |
| Plaintiff, | § | C.A. No. 2:16-cv-00092 |
| v. | § | |
| | § | |
| SAMSUNG ELECTRONICS CO., LTD., | § | |
| and SAMSUNG ELECTRONICS | § | |
| AMERICA, INC. | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff Meraloc, LLC ("Meraloc") and Defendants Samsung Electronics Co., LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC's Joint Motion for Dismissal with Prejudice. The Court, having reviewed the motion and being well-advised, finds that the motion should be and is GRANTED.

It is therefore ORDERED that all claims asserted against Defendants Samsung Electronics Co., LTD, Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC in this suit are DISMISSED WITH PREJUDICE. Each party shall bear its own costs, expenses, and attorneys' fees.

**SIGNED this 13th day of July, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE